## NOT DESIGNATED FOR PUBLICATION

Jeremy A. Hebert
Becker & Associates
P. O. Box 52085
Lafayette LA 70505

**REHEARING ACTION: November 14, 2012**

**Docket Number: 12   00216-CA**

**MARLIN KEYS, ETC.**
**VERSUS**
**STATE OF LOUISIANA,DEPT. OF SOCIAL SERV. ETC., ET AL.**

**Appealed from St. Landry Parish Case No. 11C2154D**

**BEFORE JUDGES:**

    **Hon. Oswald A. Decuir**
    **Hon. Jimmie C. Peters**
    **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Marlin Keys** has this day been

    **DENIED.**
    Peters, J., would grant the rehearing based on the supreme court's
    decision in *Udomeh v. Joseph*, 2011-2839, (La. 10/26/12), ___ So.3d ___.

cc: Jennie Porche Pellegrin, Counsel for the Appellee